IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL GONZALEZ, ETC. | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION No. B-03-063 |
| RUBEN GERARDO TREVINO, ETC. | * |
| Defendants. | * |

### GOVERNMENT'S MOTION FOR CONTINUANCE OF AUGUST 7, 2003 INITIAL PRETRIAL CONFERENCE (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the Defendants herein, by and through Michael T. Shelby, the United States Attorney for the Southern District of Texas, moves this Court for a continuance of the Initial Pretrial Conference scheduled for August 7, 2003 at 2:00 p.m. In support of this motion, Defendant submits the following for the Court's consideration:

1. Plaintiffs complaint appears to allege a tort claim against a postal service employee for actions (or omissions) that this employee may have taken during the course and scope of his employment as a United States Postal Service employee.

2. As such, this action appears to be one on which the Plaintiffs rely on the Federal Tort Claims Act for recovery. See 28 U.S.C. 2671 *et seq*.

3. Insomuch that the United States may be the actual party in interest [1], it should be noted that the response due date to the Complaint is sixty days following service of the Complaint. See Rule 12(a) of the FRCP.

4. The U.S. Attorney's Office was served on July 9, 2003. Therefore, at the earliest, an answer would be due September 8, 2003,[2] nearly a full month after

---

[1] If it is determined by the agency–and ultimately the United States Attorney for the Southern District of Texas–that the named defendant, Ruben Gerardo Trevino, was acting within the course and scope of his employment as an employee of the United States at the time of the accident at issue, the United States will be filing a motion to be substituted as defendant in Mr. Trevino's stead. See 28 USC 2679(d)(1)-(4).

[2] As of the time of filing, the undersigned had not been able to determine whether Plaintiffs served the United States Attorney General and the United States Postal Service as required under Rule 4(i) of the FRCP.

the Initial Pretrial Conference as presently scheduled.

5. It will be impossible for the Defendants herein to comply with the Rule 26 requirements as presently scheduled and it is doubtful that much substantive information could be gathered prior to August 7, 2003.

6. In addition, the undersigned has been advised of a scheduled hearing before Hon. Ricardo Hinojosa on another matter in which the undersigned serves as lead counsel for the government. The case is styled: *Inigo vs. Thompson, etc.,* Civil Action No. M-03-124. This hearing is also scheduled to take place on August 7, 2003 at 2:30 p.m. This hearing–also an initial pretrial Conference–was previously scheduled and re-set to August 7, 2003 at the request of other counsel in the case. In that case, the government has filed a motion to dismiss that will be ripe for consideration on August 7, 2003.

7. As such, the undersigned respectfully suggests that the Initial Pretrial Conference in the case at bar be re-set to sometime after September 8, 2003, so that an initial review and disclosure of information as required by Rule 26 of the FRCP can take place before taking up any additional time of the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant this motion to continue the Initial Pretrial Conference herein to some time after September 8, 2003.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:   (956) 548-2554; Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

### Statement Concerning Consultation

On July 16, 2003, the undersigned attempted to contact Plaintiffs' attorney at the phone number provided in his pleadings. A recording indicated that the number had been disconnected. Directory assistance had no other number for Mr. Mendoza. Consequently, it is not known whether he would oppose this motion.

NANCY L. MASSO
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing "Government's Motion to Continue August 7, 2003 Initial Pretrial Conference" via Certified Mail, Return Receipt Requested to Mr. Robert H. Mendoza, Attorney at Law, 3505 Boca Chica Blvd., Brownsville, Texas 78521.

July 16, 2003
DATE

NANCY L. MASSO
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAUL GONZALEZ, ETC. | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION No. B-03-063 |
| RUBEN GERARDO TREVINO, ETC. | * |
| Defendants. | * |

### ORDER GRANTING GOVERNMENT'S MOTION FOR CONTINUANCE

Today, this Court considered the "Government's Motion to Continue the August 7, 2003, Initial Pretrial Conference." Having reviewed the motion and considered the argument of counsel, this Court is of the opinion that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Initial Pretrial Conference is continued to _____, at _____ a.m./p.m.

IT IS FURTHER ORDERED that the parties herein comply with the Rule 26 Requirements set forth at paragraphs 2 and 3 of its March 28, 2003 "Order for Conference".

Signed this ____ day of _____, 2003.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE