4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAUL GONZALEZ, ETC. | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION No. B-03-063 |
| RUBEN GERARDO TREVINO, ETC. | * |
| Defendants. | * |

### ORDER GRANTING GOVERNMENT'S MOTION FOR CONTINUANCE

Today, this Court considered the "Government's Motion to Continue the August 7, 2003, Initial Pretrial Conference." Having reviewed the motion and considered the argument of counsel, this Court is of the opinion that the motion should be GRANTED. *

THEREFORE, IT IS ORDERED, that the Initial Pretrial Conference is continued to September 15, at 2:00 a.m./p.m.

IT IS FURTHER ORDERED that the parties herein comply with the Rule 26 Requirements set forth at paragraphs 2 and 3 of its March 28, 2003 "Order for Conference".

Signed this 24th day of July, 2003.

JOHN Wm. BLACK District
UNITED STATES MAGISTRATE JUDGE

* Government's counsel will notify all counsel of record of this order (AJH)