IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

United States District Court
Southern District of Texas
FILED

SEP 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL GONZALEZ ETC., § | |
|    Plaintiffs, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-03-063 |
| RUBEN GERARDO TREVINO, § | |
| ETC., § | |
|    Defendants. | |

TYPE OF CASE:    __x__ CIVIL        _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**RE-SETTING OF INITIAL PRE-TRIAL AND SCHEDULING CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNED PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TX**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 15, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 5, 2003

TO:    MR. ROBERTO HERNANDEZ MENDOZA
       MS. NANCY LYNN MASSO