United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LEE ROY GONZALEZ, Minor Children,<br>　　Plaintiffs, | * * * * * * * | |
| v. | * * | Civil Action No. B-03-063 |
| RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>　　Defendants. | * * * * * | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, hereby files their answer to Plaintiffs' Complaint. The United States answers the consecutively numbered paragraphs as follows:

1-33　The allegations in these paragraphs are denied. Plaintiffs timely submitted an administrative claim seeking monetary recovery for injuries and damages resulting from the accident at issue. Plaintiffs claims were settled administratively. It is believed that Plaintiffs intent in filing this Complaint was to file a "Friendly Suit" to obtain court approval over the settlement terms negotiated on behalf of the minor children involved. Counsel for the Plaintiffs have advised that they plan to file an Amended Complaint indicating same, but no such amendment has been filed as of September 8, 2003–the Defendants' Answer due date.

## AFFIRMATIVE DEFENSES

In accordance with Rule 8(c) of the Federal Rules of Civil Procedure, the United States hereby asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the allegations herein because the claims at issue have been settled administratively. The Defendants do agree, however, that this Court should have jurisdiction to review and determine whether the settlement terms negotiated at the administrative level on behalf of the minor children is fair and equitable.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

Defendants are not proper parties before the Court; the United States of America is the only proper Defendant for a suit under the Federal Tort Claims Act. 28 U.S.C. §2679(a).

## FOURTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendants allege that any and all injuries and damages allegedly suffered by the plaintiffs were caused by plaintiffs own negligence, acts and/or omissions.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendants allege that plaintiffs' injuries and/or property damages, if any, are the result of the contributory negligence of one or more of the plaintiffs.

### SIXTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiffs have not suffered the alleged damages claimed by the plaintiffs in their complaint..

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiffs recovery, if any, in this action is limited to the amount stated in the administrative claim pursuant to 28 U.S.C. §2675(b).

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiffs are not entitled to pre-judgment interest under the Federal Tort Claims Act. See 28 U.S.C. 2674.

WHEREFORE, PREMISES CONSIDERED, the United States requests that Plaintiff's Complaint be dismissed with prejudice, and that all relief requested be denied. The United States requests all other relief, both law and equity, to which it is entitled.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Defendants' Answer To Plaintiffs' Complaint was mailed on this the 8th day of SEPTEMBER, 2003 via Certified Mail, Return Receipt Requested to Robert Mendoza, Attorney at Law, 515 E. Charles St., Brownsville, TX 78521.

NANCY L. MASSO
Assistant United States Attorney