1

United States District Court
Southern District of Texas
FILED

SEP 1 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-03-063 | DATE & TIME: 09-15-03 AT 2:00 P.M. |
| RAUL GONZALEZ, ET AL. | PLAINTIFF(S) ROBERTO H. MENDOZA COUNSEL |
| VS. | |
| RUBEN GERARDO TREVINO, ET AL. | DEFENDANT(S) NANCY MASSO COUNSEL |

---

ERO: Gabriela Mendieta
CSO: Tony Yanez

Case has been settled.

Minors will need an ad litem. Motion will be filed.