

IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL GONZALEZ, SANDRA INDIVIDUALLY AND AS NEXT FRIEND OF GEOVANA GONZALEZ AND LEE ROY GONZALEZ, MINOR CHILDREN, PLAINTIFFS<br><br>v.<br><br>UNITED STATES OF AMERICA | CIVIL NO. B-03-063 |

## MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES, RAUL GONZALEZ, and SANDRA GONZALEZ, as NEXT FRIENDS OF GEOVANA GONZALEZ, AND LEE ROY GONZALEZ, Minor Children, hereinafter called PLAINTIFFS, and file this their MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT, and for cause would show the Court as follows:

I.

### GROUNDS FOR REQUESTING MOTION FOR LEAVE OF COURT

1. Originally this case was filed as an adversary complaint seeking relief for injuries alleged to have been sustained by Plaintiffs in an auto accident with a postal service employee.

1

2. At the time of the filing, the claims of the adult plaintiffs, Raul Gonzalez and Sandra Gonzalez, had been settled, and paid.

3. The claims of the minor children, GEOVANA GONZALEZ, and LEE ROY GONZALEZ were also settled, however, same, remained to be presented to the Court for its consideration and final disposition.

4. During discussions between Plaintiffs' attorney, Honorable Robert H. Mendoza, and Attorney for the United States of America, Honorable Nancy Masso, it became apparent to the undersigned counsel that the complaint needed to be amended in order to specify to the Court that this was a "friendly suit" and that all matters had been resolved by the parties, but, only the matters relating to the minor children required the Court's consideration and final disposition.

5. Accordingly, Plaintiffs' have amended their Original Complaint to allege the aforementioned facts and to requests the Court's consideration of the facts alleged, the action taken by the parties, and the settlement agreements, in order for the Court to render its judgment in this case.

6. It is for the foregoing grounds that Plaintiffs' respectfully request that the Court grant Plaintiffs' Motion For Leave to File Plaintiffs' First Amended Original Complaint.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Raul Gonzalez, Sandra Gonzalez, Individually and as Next Friends of Geovana Gonzalez, and Lee Roy Gonzalez, minor children, respectfully pray that the Court grant Plaintiffs' Motion For Leave to File Plaintiffs'

First Amended Original Complaint and for such other and further relief to which Plaintiffs may be justly entitled.

        Respectfully submitted,

        Law Office of Robert H. Mendoza

        By: _____
        Robert H. Mendoza
        Texas Bar No. 13937670
        Federal I.D. 11418
        515 East Saint Charles
        Brownsville, Texas 78520
        Tel:  (956) 542-3414
        Fax:  (956) 542-6220
        Attorney for Raul Gonzalez, Sandra
        Gonzalez, Individually and as Next
        Friends of Geovana Gonzalez and
        Lee Roy Gonzalez, Minor Children

## AVERMENT

The undersigned attorney hereby makes the averment that he has consulted with the Assistant United States Attorney, Honorable Nancy Masso, concerning the filing of Plaintiff's Motion for Leave To File Plaintiffs' First Amended Original Complaint by Plaintiffs, and to the best of the undersigned counsel's knowledge, Honorable Nancy Masso does not oppose same.

_____
Hon. Robert H. Mendoza

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint has been hand delivered on this 24th day of November, 2003, to the Honorable Nancy Masso, by delivering same at 600 East Harrison Street, Suite 201, Brownsville, Texas 78520

_____
Robert H. Mendoza