IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA INDIVIDUALLY AND AS NEXT FRIEND OF GEOVANA GONZALEZ AND LEE ROY GONZALEZ, MINOR CHILDREN, PLAINTIFFS | * * * * * * * * | CIVIL NO. B-03-063 |
| v. | * * | |
| UNITED STATES OF AMERICA | * | |

## PLAINIFFS' FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES, RAUL GONZALEZ, and SANDRA GONZALEZ, as NEXT FRIENDS OF GEOVANA GONZALEZ, AND LEE ROY GONZALEZ, Minor Children, hereinafter called PLAINTIFFS, and file this their FIRST AMENDED ORIGINAL COMPLAINT, against the UNITED STATES OF AMERICA, hereinafter called, DEFENDANT, and for cause of action would show the Court as follows:

I.

### PARTIES AND SERVICE

1.   RAUL GONZALEZ, is an individual whose address is 4621 Palacio Real, Brownsville, Cameron County, Texas 78520.

2.   SANDRA GONZALEZ, is an individual whose address is 4621 Palacio Real, Brownsville, Cameron County, Texas 78520.

1

3. GEOVANA GONZALEZ, is a minor child and daughter of Raul Gonzalez, and Sandra Gonzalez, whose address is 4621 Palacio Real, Brownsville, Cameron County, Texas 78520.\]

4. LEE ROY GONZALEZ, is a minor child and son of Raul Gonzalez, and Sandra Gonzalez, whose address is 4621 Palacio Real, Brownsville, Cameron County, Texas 78520.

5. Defendant, Ruben Gerardo Trevino, an individual, is the employee of the United States Postal Service, a self insured government agency, and he may be served by and through: Ruben Gerardo Trevino, at P.O. Box 395, Olmito, Cameron County, Texas 78575-0395. Service of said defendant as described above can be affected by certified mail.

6. Defendant, United States of America, a self insured entity, is organized under the laws of the United States Government, and service of process may be effected upon said defendant by serving the United States Attorney for the Southern District of Texas, Honorable Michael T. Shelby, P.O. Box 61129, Houston, Texas 77208, the Attorney General ; and the Postmaster of the United States Postal Service.

## JURISDICITION AND VENUE

7. The subject matter in controversy is within the jurisdictional limits of this Honorable Court.

8. This Court has jurisdiction over the parties because the Plaintiffs are residents of Texas, and Defendant, United States of America, pursuant to 28 U.S.C. 1331; and 1346, and 2671 et. Seq.

9. Venue in the United States District Court of the Southern District Of Texas, Brownsville Division is proper in this cause under 28 U.S.C. 1391, (b) (2) and (e), because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Cameron County, Texas.

## FACTS

10. On or about the 1st day of February, 2002, an auto accident occurred involving Plaintiffs and Defendant's employee, Ruben Gerardo Trevino, an employee that was working in the course and scope of his employment with the United States Postal Service at the time of the accident. Claims were made under the Federal Torts Claims Act. All claims made by the Plaintiffs have been settled. In fact, the claims of the adult Plaintiffs have been finalized and paid. However, in the matter of the claims for the children approval is sought by the parties from the Court so that all aspects concerning Plaintiffs' claims may be disposed of judicially. Hence, Plaintiffs respectfully request that this Honorable Court consider evidence in this case and that after considering same that the Court further approve the settlement of the minor children herein recommended for final disposition.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Raul Gonzalez, Sandra Gonzalez, Individually and as Next Friends of Geovana Gonzalez, and Lee Roy Gonzalez, minor children, respectfully pray that the Defendant be cited to appear and answer herein, and that upon final hearing of the cause, the Court approve the settlement as offered and accepted as same being in the best interest of the children, the subject of this lawsuit and for such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

Robert H. Mendoza
Texas Bar No. 13937670
Federal I.D. 11418
515 East Saint Charles
Brownsville, Texas 78520
Tel:   (956) 542-3414
Fax:   (956) 542-6220
Attorney for Raul Gonzalez, Sandra
Gonzalez, Individually and as Next
Friends of Geovana Gonzalez and
Lee Roy Gonzalez, Minor Children

## AVERMENT

The undersigned attorney hereby makes the averment that he has consulted with the Assistant United States Attorney, Honorable Nancy Masso, concerning the filing of this First Amended Original Complaint by Plaintiffs, and to the best of the undersigned counsel's knowledge, Honorable Nancy Masso does not oppose same.

_____
Hon. Robert H. Mendoza

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiffs' First Amended Original Complaint has been hand delivered on this 24th day of November, 2003, to the Honorable Nancy Masso, by delivering same at 600 East Harrison Street, Suite 201, Brownsville, Texas 78520

_____
Robert H. Mendoza