IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA INDIVIDUALLY AND AS NEXT FRIEND OF GEOVANA GONZALEZ AND LEE ROY GONZALEZ, MINOR CHILDREN, PLAINTIFFS | * * * * * * * * | |
| v. | * * | CIVIL NO. B-03-063 |
| UNITED STATES OF AMERICA | * | |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

On this day came on to be considered Plaintiffs' Motion for Leave of Court To File Plaintiffs' First Amended Original Complaint and the Court after considering the evidence received and the argument of counsel, is of the opinion that said motion should be:

Denied.  _____

Granted.  _____

Signed on the 25 day of NOVEMBER, 2003.

_____
Honorable Judge Presiding

1