IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL GONZALEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-063 |
| | § | |
| RUBEN GERARDO TREVINO, ET AL. | § | |

### ORDER APPOINTING GUARDIAN AD LITEM

The Court, having been advised that all matters in controversy between the parties have been settled and further being advised Geovanna Gonzalez and Lee Roy Gonzalez are minors, is of the opinion that there is a necessity to appoint a guardian ad litem to represent their interests.

IT IS ACCORDINGLY ORDERED that The Hon. Annabell Alegria, a member of the bar of this Court be appointed guardian ad litem to represent the interests of Geovanna Gonzalez and Lee Roy Gonzalez, Minors.

DONE in Brownsville, Texas, this 2nd day of December, 2003.

John Wm. Black
United States Magistrate Judge