United States District Court
Southern District of Texas
ENTERED

FEB 1 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| RAUL GONZALEZ, SANDRA INDIVIDUALLY AND AS NEXT FRIEND OF GEOVANA GONZALEZ AND LEE ROY GONZALEZ, MINOR CHILDREN | * * * * * * |
| V. | * * |
| UNITED STATES OF AMERICA | * |

CIVIL NO. B-03-063

### ORDER SETTING FINAL HEARING

On this day came on to be considered Plaintiff's Motion for a Final Hearing and the Court after considering the pleadings on file is of the opinion that said motion should be GRANTED. IT IS THEREFORE:

ORDERED that the above styled and numbered cause be and it is hereby set for final hearing on ~~the 12th day of February, 2004, at _____ .m., or alternatively,~~ on the 24th day of February, 2004, at 1:30 P.m., before Honorable Judge Andrew S. Hanen, United States District Judge.

Signed on the 10th day of February, 2004.

_____
Honorable Judge Presiding