# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAUL GONZALEZ, ET AL | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-063 |
| RUBEN GERARDO TREVINO, Employee of the U. S. Postal Service | § § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **FINAL HEARING**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| February 24, 2004 @ 1:30 p.m. | March 4, 2004 @ 9:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE:  February 23, 2004

TO:  Roberto Mendoza, attorney for Plaintiffs
     Annabell Alegria, Guardian Ad Litem
     Nancy Masso, AUSA