United States District Court
Southern District of Texas
FILED

MAR 0 4 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**FINAL HEARING**

| CIVIL ACTION NO. B-03-063 | DATE & TIME: 3/4/04 @ 1:40 - 2:02 pm |
|---|---|
| | COUNSEL: |
| **RAUL GONZALEZ, ET AL** § | Roberto Mendoza |
| | Annabell Alegria, Guardian ad Litem |
| VS § | |
| **UNITED STATES OF AMERICA** § | Nancy Masso, AUSA |

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Plaintiffs, Raul Gonzalez and Sandra Gonzalez appeared in person and with counsel, Roberto Mendoza. Annabell Alegria appeared as Guardian ad Litem for minor children. Nancy Masso, AUSA appeared for the Defendant.

Court orally finds the proper Defendant is the United States and is to be substituted as the proper Defendant for further proceedings.

Court is advised that all claims have been settled. Plaintiffs Raul and Sandra Gonzalez are sworn in and testify.

Ms. Masso, AUSA is to submit an Order for the Court's consideration which is to be signed by attorneys and Plaintiffs.

Court is adjourned.