IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LEE ROY GONZALEZ, Minor Children,<br>    Plaintiffs,<br><br>v.<br><br>RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>    Defendants. | * * * * * * * * * * * * * * * * | Civil Action No. B-03-063 |

United States District Court
Southern District of Texas
FILED

MAY 18 2004

Michael N. Milby
Clerk of Court

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Raul Gonzalez and Sandra Gonzalez, plaintiffs, and their minor children Geovanna and LeRoy Gonzalez, also plaintiffs herein, by and through their attorney Robert Mendoza and *guardian/attorney ad litem* Annabell Alegria, and the United States of America, defendant, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America agrees to pay to the plaintiffs the total sum of $37,428.75 which shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiffs or their heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiffs and their heirs, executors, administrators or assigns hereby agree to accept the total sum of $37,428.75 from the United States of America in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind unknown, foreseen

and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiffs and their heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiffs or their heirs, executors, administrators or assigns against any third party, or against the United States, including claims for wrongful death.

4. Attorney, Annabell Alegria, appointed by the Court to act as the *Guardian ad litem* for the plaintiffs/minors Geovanna and LeRoy Gonzalez, warrants that she has met with the minors, their parents and their attorney, that she has reviewed all available records and pleadings in the case, and is in full agreement that the terms as set forth herein are supportive of plaintiffs/minors interests.

5. Plaintiffs further agree to reimburse, indemnify and hold harmless the United States of America, its agent, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation.

6. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

7. It is also agreed, by and among the parties, that the total settlement amount of $37,428.75 represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees (except those of the *guardian/attorney ad litem* which will be determined by the Court), and expenses and that any attorneys fees owed by the plaintiffs

to their attorney(s) will be paid out of the settlement in accordance with applicable statutory provisions and not in addition thereto.

8. It is further stipulated, understood and agreed between the parties herein that the United States has already disbursed (through the United States Postal Service) and the Plaintiffs have already accepted and executed individual releases pertaining to the following sums as related to the settlement detailed herein:

    Sandra Gonzalez..............$6000.00
    Raul Gonzalez.................$15,000.00
    Property Damage...............$3,428.75

The remainder of these funds, to wit, $13,000.00 shall be disbursed once the Court renders its approval of the Settlement discussed herein and an Order of Dismissal is signed by the Court. Unless otherwise directed by the Court, these funds shall be disbursed to the minors/plaintiffs through their attorney, Robert Mendoza, and *guardian/attorney ad litem,* Annabell Alegria, as follows :

    Geovanna Gonzalez ..........$6,000.00
    LeRoy Gonzalez.................$7,000.00

9. It is also understood by and among the parties that pursuant to 28 U.S.C. §2678, attorneys fees for services rendered in connection with this action shall not exceed 25 per cent of the amount of the compromise settlement. Payment of any fees incurred by Annabell Alegria, the *guardian/attorney ad litem*, will be paid as determined by the Court or agreement between the parties.

10. The United States of America shall disburse its payment of the remaining settlement funds by a check drawn from the United States Postal Service for $13,950.00 and made payable to Plaintiffs' attorney, Robert Mendoza and *guardian/attorney ad litem*, Annabell Alegria, for the benefit of the minor children herein (Plaintiff's attorney is also obligated to disburse the *ad litem* fees from these funds to the *ad litem* in this case). Mr. Mendoza and Ms. Alegria agree to distribute and invest the settlement proceeds to the plaintiffs/minors consistent with the terms of this agreement and/or orders from the Court.

11. In consideration of the payment of $37,428.75 from the United States of America (of which $24,428.75 has already been disbursed) as set forth above, plaintiffs agree that they will cause their attorney to execute and file with the Court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the Court.

**APPROVED AS TO SUBSTANCE AND FORM:**

UNITED STATES OF AMERICA,
Defendant,
THROUGH:

Date: 5-19-04

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554    FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

RAUL and SANDRA GONZALEZ, Individually and as Next Friend of Minors, GEOVANNA and LeROY GONZALEZ,
Plaintiffs,

Date: 05/17/04

Date: 5-17-04

Date: 05-17-2004

RAUL GONZALEZ, Plaintiff

SANDRA GONZALEZ, Plaintiff

Mr. Robert Mendoza
Attorney at Law
515 East St. Charles
Brownsville, Texas 78520
Tel:  (956) 541-5494
Texas Bar No. 13937670
Federal ID No. 11418

For GEOVANNA and LeROY GONZALEZ,
Plaintiffs (who are minors),

Date: 5-17-04

ANNABELL ALEGRIA, Guardian/Attorney Ad Litem
Attorney at Law
37 W. Elizabeth Street
Brownsville, Texas 78520
Tel:  (956) 982-8899
Texas Bar No. 01266003
Federal ID No. 16667

4