IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LeROY GONZALEZ, Minor Children,<br>    Plaintiffs, | * * * * * * * |
| v. | * Civil Action No. B-03-063 |
| RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>    Defendants. | * * * * * * |

## JOINT ORDER APPROVING STIPULATION
## FOR COMPROMISE SETTLEMENT

On March 4, 2004, a Friendly Suit Hearing was held. Present at the hearing were: Assistant U.S. Attorney Nancy L. Masso, attorney for the defendant; Robert H. Mendoza, attorney for the plaintiffs; Annabell Alegria, the court appointed *attorney/guardian ad litem* for the minors/plaintiffs, Geovanna and LeRoy Gonzalez.; and the minors' parents (and plaintiffs herein) Raul and Sandra Gonzalez.

This Court heard testimony from both Sandra and Raul Gonzalez concerning the physical and mental well-being of their children, LeRoy and Geovanna Gonzalez. Both Sandra and Raul Gonzalez indicated that they were satisfied with the settlement negotiated on behalf of themselves and their children. Annabell Alegria, the *attorney/guardian ad litem* herein, also indicated that she was satisfied that the settlement reached herein is fair and reasonable.

The Parties advised–as evidenced by their signatures below–that *guardian/attorney ad litem* shall have the funds on behalf of the minors herein disbursed/invested/deposited as follows:

- A one-year certificate of deposit shall be purchased on behalf of Geovanna;
- Government backed "coupons" through AG Edwards on behalf of Leroy; (AJH)

Any withdrawals of these funds (or change in investment avenues) must be approved by both the *guardian/attorney ad litem* and the Court, in writing.

***The Plaintiffs and their attorneys are admonished that settlement funds referenced herein are for the sole benefit of the minors/plaintiffs Geovanna and LeRoy Gonzalez. The parties are further admonished that by acceptance of this settlement agreement by the parents/plaintiffs and the attorney/guardian ad litem herein, the minors, Geovanna and LeRoy Gonzalez, would be prohibited (once they turn 18 years old) from filing suit against the defendant for any claims arising from the incident at issue in this suit.***

IT IS THEREFORE ORDERED, that the terms of Settlement are APPROVED as set forth in the

Stipulation for Compromise Settlement (see attached);

IT IS FURTHER ORDERED, that the United States shall deposit the funds herein in accordance with the agreement delineated above.

Signed _____, 2004, in Brownsville, Texas.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO SUBSTANCE AND FORM:**

UNITED STATES OF AMERICA,
Defendant,
THROUGH:
MICHAEL T. SHELBY
UNITED STATES ATTORNEY

Date: 5-18-04

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554   FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

*RAUL and SANDRA GONZALEZ, Individually and as Next Friend of Minors, GEOVANNA and LeROY GONZALEZ, Plaintiffs,*

Date: 05/17/04

RAUL GONZALEZ, Plaintiff

Date: 5-17-04

SANDRA GONZALEZ, Plaintiff

Date: 05-17-2004

Mr. Robert Mendoza
Attorney at Law
515 East St. Charles
Brownsville, Texas 78520
Tel:   (956) 541-5494
Texas Bar No.  13937670
Federal ID No.  11418

*For GEOVANNA and LeROY GONZALEZ, Plaintiffs (who are minors),*

Date: 5-17-04

ANNABELL ALEGRIA, *Guardian/Attorney Ad Litem*
Attorney at Law
37 W. Elizabeth Street
Brownsville, Texas 78520
Tel:   (956) 982-8899
Texas Bar No.  01266003
Federal ID No.  16667