United States District Court
Southern District of Texas
FILED

JUL 0 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LEE ROY GONZALEZ, Minor Children,<br>     Plaintiffs,<br><br>v.<br><br>RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>     Defendants. | Civil Action No. B-03-063 |

## JOINT MOTION TO DISMISS CASE, WITH PREJUDICE

The parties herein move this Court for an Order dismissing this case, with prejudice. As evidenced by the parties "Stipulation for Compromise Settlement," which was earlier submitted and approved by this Court, all matters in controversy with regard to each of the Plaintiffs herein have been resolved. Accordingly, this lawsuit should be dismissed, *with prejudice*, with respect to the Plaintiffs' claims as alleged herein against the Defendant, United States of America, its agencies and employees.

The parties agree that the Court should dismiss this lawsuit, *with prejudice*. The parties also agree that - in doing so - the Court reserves its authority to enforce the terms of the settlement agreement should such a controversy arise.

WHEREFORE, PREMISES CONSIDERED, the parties herein, as evidenced by their attorneys' signatures below, stipulate and agree that this lawsuit should be dismissed, *with prejudice*.

Respectfully Submitted,

**RAUL and SANDRA GONZALEZ,**
*Individually and as Next Friend of Minors,*
**GEOVANNA and LeROY GONZALEZ,**
***Plaintiffs,***

Mr. Robert Mendoza
Attorney at Law
515 East St. Charles
Brownsville, Texas 78520
Tel:   (956) 541-5494
Texas Bar No.  13937670
Federal ID No.  11418

**For GEOVANNA and LeROY GONZALEZ,**
***Plaintiffs (who are minors)***

Annabell Alegria, *Attorney Ad Litem*
Attorney at Law
37 W. Elizabeth Street
Brownsville, Texas 78520
Tel:   (956) 982-8899
Texas Bar No. 01266003
Federal ID No.  16667

**UNITED STATES OF AMERICA,**
***Defendant,***

THROUGH:
   MICHAEL T. SHELBY
   UNITED STATES ATTORNEY

Nancy L. Masso
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas  78520
TEL:  (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LEE ROY GONZALEZ, Minor Children,<br>    Plaintiffs, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |
| v. | * | Civil Action No. B-03-063 |
| RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>* | |

## ORDER DISMISSING CASE, WITH PREJUDICE

Today, this Court considered the parties "Joint Motion to Dismiss Case, With Prejudice." Having reviewed the motion and noted that all matters in controversy have been settled and all parties are in agreement that the case should be dismissed, *with prejudice*, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this case be **DISMISSED, WITH PREJUDICE**. The parties are advised, however, that this Court shall retain jurisdiction to enforce the "Stipulation for Compromise Settlement" approved by the Court herein.

Signed this _____ day of _____ , 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas