IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAUL GONZALEZ, SANDRA GONZALEZ, Individually and as Next Friends of GEOVANNA GONZALEZ, and LEE ROY GONZALEZ, Minor Children,<br>    Plaintiffs, | *<br>*<br>*<br>*<br>*<br>*<br>* | |
| v. | * | Civil Action No. B-03-063 |
| RUBEN GERARDO TREVINO, as Employees of United States Postal Service and United States Postal Service,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>* | |

### ORDER DISMISSING CASE, WITH PREJUDICE

Today, this Court considered the parties "Joint Motion to Dismiss Case, With Prejudice." Having reviewed the motion and noted that all matters in controversy have been settled and all parties are in agreement that the case should be dismissed, *with prejudice*, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this case be **DISMISSED, WITH PREJUDICE**. The parties are advised, however, that this Court shall retain jurisdiction to enforce the "Stipulation for Compromise Settlement" approved by the Court herein.

Signed this ___7th___ day of _____July_____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas